UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>B. SPEER, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-00222-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. In the initial review order on March 27, 2020, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed an amended complaint. This case is **DISMISSED** with prejudice for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: June 22, 2020

_____
JAMES DONATO
United States District Judge